**Bertram STEVENS, Petitioner—Appellant,**

v.

**D.A. GARRAGHTY, Warden; Kathleen Hawk Sawyer, Director, Federal Bureau of Prisons, Respondents—Appellees.**

No. 03–6989.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 6, 2003.

Decided Nov. 25, 2003.

Bertram Stevens, pro se. Mary Hannah Lauck, Office of the United States Attorney, Richmond, Virginia, for Appellees.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c)

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Bertram Stevens appeals the magistrate judge's order denying his Fed.R.Civ.P. 60(b) motion.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Stevens v. Garraghty,* No. CA–01–859–3 (E.D.Va. May 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*